# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **PAULETTE MARTIN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 7:13-CV-01800-CLS-JHE |
| | ) |
| **UNITED STATES** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a Report and Recommendation on June 21, 2016, (doc. 18), recommending that this petition for writ of habeas corpus be dismissed. No objections have been filed.

The court has considered the entire file in this action, together with the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED**. A separate Order will be entered contemporaneously herewith.

**DONE** this 1st day of August, 2016.

_____
United States District Judge